# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144999

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RUDY TUCKER,
      Defendant-Appellant.

SC: 144999
COA: 307491
Wayne CC: 89-006537-FC

_____/

      On order of the Court, the application for leave to appeal the March 2, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

s1015